IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES ADAMSON, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 4:23-CV-990-MP |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MOTION FOR LEAVE OF COURT TO PROCEED WITHOUT LOCAL COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE MARK PITTMAN FOR THE NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION:

COMES NOW, Madison Tate Donaldson, by and through the firm of Marc Whitehead & Associates, L.L.P., on behalf of James Adamson, Jr., Plaintiff, and respectfully files his Motion to Proceed without Local Counsel. In support, Ms. Donaldson would show as follows:

**I.**

Madison Tate Donaldson, attorney for Plaintiff, James Adamson, Jr., makes this his Motion to Proceed Without of Local Counsel. Ms. Donaldson is licensed to practice law in the State of Texas and is an attorney of good standing in the Northern, Southern, Western and Eastern Districts of Texas and in the 5th Circuit of the United States Court of Appeals.

**II.**

Plaintiff moves this Honorable Court to find the need for local counsel to facilitate the conduct of litigation unnecessary. Ms. Donaldson's office is in Austin, Texas and she can be available to appear before this Honorable Court on short notice. Further, as this is a case governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), there will not be the extensive discovery that is found in other civil actions that would require the court's supervision and monitoring nor will there be any of the proceedings associated with a jury trial that would necessitate frequent hearings.

**III.**

Madison Tate Donaldson has read the United States District Court Rules for the Northern District of Texas. He is familiar with those rules, the Federal Rules of Evidence and the Federal Rules of Civil Procedure, and agrees to be bound by those rules if local counsel is waived, in this federal civil judicial proceeding.

Ms. Donaldson has not been disbarred or formally censured by any court or bar association nor are there any pending disciplinary proceedings against him.

**IV.**

Ms. Donaldson is registered and currently files with this Court's ECF system.

**CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that this Honorable Court will find the need for local counsel to facilitate the conduct of litigation unnecessary, and allow Madison Tate Donaldson to be appear in this case without the requirement of local counsel for the purposes of representing Plaintiff, James Adamson, Jr..

Respectfully submitted,
MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P.

s/ Madison Tate Donaldson
Madison Tate Donaldson
TX Bar No. 24105812
Southern District of TX Bar No. 3151467
madison@marcwhitehead.com
403 Heights Blvd.
Houston, TX 77007
(713) 228-8888
(713) 225-0940 FAX
ATTORNEY-IN-CHARGE FOR
PLAINTIFF,
JAMES ADAMSON, JR.