NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES ADAMSON, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 4:23-CV-990-MP |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

IT IS HEREBY ORDERED that the Plaintiff's Motion for Leave to Proceed without Local Counsel is GRANTED.

The clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the ____ day of ____________, 2023.

______________________________
United States District Judge