# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

JAMES ADAMSON, JR. )
)
) Case No. 4:23-CV-99-P
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 2/13/2023

/s/ Luke Radney
*Attorney's signature*

Luke Radney
*Printed name and bar number*

Burt Barr & Associtès, L.L.P.
S.D. Tex. Bar No. 3151467
Tex. Bar No. 24105812
203 East Colorao, Dallas, Texas 75203
*Address*

lradney@bbarr.com
*E-mail address*

(214) 943-0012
*Telephone number*

(713) 225-0940
*FAX number*