**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES ADAMSON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv00099-P** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND MEDIATION DEADLINE**

Plaintiff James Adamson, Jr. and Defendant Lincoln Life Assurance Company of Boston file this Joint Motion to Extend Mediation Deadline and show the Court as follows:

1. On March 21, 2023, the Court entered a Scheduling Order (document 14). Pursuant to that Order, the parties must complete mediation by July 24, 2023, and to jointly file a written report within seven days after the mediation has been completed.

2. The Parties have not yet exhausted informal settlement negotiations but believe there is a fair chance to the matter will be settled through those negations. Progress has been made but the Parties require additional time to complete these discussions. Therefore, the Parties request a thirty-day extension of the deadline to complete mediation until August 23, 2023.

3. The requested extension will not affect any other deadlines set in this action. The Parties anticipate that if a settlement is not reached, this matter will be fully resolved upon the Court's consideration of the parties' cross motions for summary judgment, which are not due until October 3, 2023, pursuant to the Court's Scheduling Order (Document 14). Accordingly, an extension of the mediation deadline will not interfere with this deadline.

4. This Joint Motion to Revise Case Management Order is not for purposes of delay, but so that justice may be done.

WHEREFORE, the parties respectfully request the Court enter an Order extending the deadline to mediate this matter until and including August 23, 2023, and the deadline to file a written report until and including August 30, 2023.

Dated this 25th day of July 2023.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**AND**

MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940

By: /s/ Madison Tate Donaldson (w/permission)
Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
Email: marc@marcwhitehead.com
Madison Tate Donaldson
State Bar of Texas No. 24083158
Email: madison@marcwhitehead.com
J. Anthony Vessel
State Bar of Texas No. 24084019

Email: anthony@mrcwhiteheac.com
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
Email: britney@marcwhitehead.com
Selina Valdez
State Bar of Texas No. 24121872
Email: selina@marcwhitehead.com

*-and-*

By: /s/ Luke Radney (w/permission)
Luke Radney
Burt Barr & Associates, L.L.P.
Tex. Bar No. 24105812
203 East Colorao
Dallas, Texas 75203
Email: lradney@bbarr.com

ATTORNEYS FOR PLAINTIFF