**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES ADAMSON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv00099-P** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER GRANTING MOTION TO EXTEND MEDIATION DEADLINE

On this day, the Court considered the Joint Motion to Extend Mediation Deadline filed by the Parties. Having considered the Motion, the Court is of the opinion that the Motion should be and is hereby **GRANTED**. It is, therefore, also

**ORDERED** that the Parties shall have until and included August 23, 2023, to complete mediation and shall jointly file a written report within seven days after the mediation has been completed.

**SIGNED** this ______ day of July 2023.

______________________________________
MARK T PITTMAN
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940

By: /s/ Marc S. Whitehead (w/permission)
Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
Email: marc@marcwhitehead.com
Madison Tate Donaldson
State Bar of Texas No. 24083158
Email: madison@marcwhitehead.com
J. Anthony Vessel
State Bar of Texas No. 24084019
Email: anthony@mrcwhiteheac.com
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
Email: britney@marcwhitehead.com
Selina Valdez
State Bar of Texas No. 24121872
Email: selina@marcwhitehead.com

*-and-*

By: /s/ Luke Radney (w/permission)
Luke Radney
Burt Barr & Associates, L.L.P.
Tex. Bar No. 24105812
203 East Colorao
Dallas, Texas 75203
Email: lradney@bbarr.com

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANTS