**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES ADAMSON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv00099-P** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION REGARDING SUBMISSION OF CASE TO COURT ON STIPULATED RECORD AND BRIEFING SCHEDULE PURSUANT TO RULE 52

Plaintiff James Adamson, Jr. ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Defendant") submit this Joint Motion Regarding Submission of Case to Court on Stipulated Record and Briefing Schedule Pursuant to Rule 52 of the Federal Rules of Civil Procedure, and state as follows:

1. A Scheduling Order was entered in this matter on March 21, 2023 (Document 14), setting certain deadlines in this case, as well as a Trial on December 4, 2023.

2. The above-styled action is a claim by Plaintiff for recovery of disability benefits. Plaintiff and Defendant agree Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA"). As such, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing, without the necessity of a full trial. To facilitate the submission of the case to the Court, the parties request that the Court enter an Order setting certain deadlines for the submission of the stipulated record and the filing of briefs.

3. Plaintiff and Defendant have agreed to jointly file a stipulated record in the above-styled action on or before October 3, 2023, and to each file trial briefs on or before December 11, 2023, and to each file response briefs on or before January 8, 2024.

## PRAYER

The parties request that the Court enter an Order adopting the submission and briefing schedule and vacating the December 4, 2023, trial setting and the other deadlines set by the Court in its March 21, 2023, Order (Document 14).

Dated this 8th day of September 2023.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**AND**

MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940

By: /s/ Madison Tate Donaldson (w/permission)
Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
Email: marc@marcwhitehead.com
Madison Tate Donaldson
State Bar of Texas No. 24083158

Email: madison@marcwhitehead.com
J. Anthony Vessel
State Bar of Texas No. 24084019
Email: anthony@mrcwhiteheac.com
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
Email: britney@marcwhitehead.com
Selina Valdez
State Bar of Texas No. 24121872
Email: selina@marcwhitehead.com

*-and-*

By: /s/ Luke Radney (w/permission)
Luke Radney
Burt Barr & Associates, L.L.P.
Tex. Bar No. 24105812
203 East Colorao
Dallas, Texas 75203
Email: lradney@bbarr.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

Selina Valdez
Email: selina@marcwhitehead.com

Luke G. Radney
Email: lradney@barr.com

September 8, 2023
Date

/s/ Iwana Rademaekers
Iwana Rademaekers