**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES ADAMSON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv00099-P** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On this day, came on to be considered the Joint Motion Regarding Submission of Case to Court on Stipulated Record and Briefing Schedule Pursuant to Rule 52. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the Parties shall jointly file a stipulated record by October 3, 2023. Plaintiff and Defendant shall each file a trial brief by December 11, 2023, and shall each file a response brief by January 8, 2024. It is also

ORDERED that the December 4, 2023, trial setting in above-styled action and the other deadlines in this Court's March 21, 2023, Order (Document 14) are hereby VACATED.

**SIGNED** this ______ day of ____________________, 2023.

______________________________________
UNITED STATES DISTRICT JUDGE