UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMES ADAMSON, JR.,**

Plaintiff,

v. **No. 4:23-cv-00099-P**

**LINCOLN LIFE ASSURANCE COMPANY**

**OF BOSTON,**

Defendant.

# ORDER

Before the Court is the Parties' Joint Motion Regarding Submission of Case to Court on Stipulated Record and Briefing Schedule Pursuant to Rule 52. ECF No. 17. Having reviewed the Motion and relevant docket activity, the Court finds the Motion should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** with respect to the request that this case proceed on a stipulated record but **DENIED** with respect to the proposed briefing schedule.

The Parties' proposed briefing schedule calls for brief submissions until January 8, 2024. *See id.* This would delay resolution of this case, which is currently set for trial on December 4, 2023. *See* ECF No. 14 at 1. The Court therefore **ORDERS** the Parties to submit briefing in this matter as set forth below:

- By **October 3, 2023**, the Parties shall jointly file a stipulated record.
- By **November 3, 2023**, Plaintiff and Defendant shall each file a trial brief.
- By **December 4, 2023**, Plaintiff and Defendant shall each file a response brief.

The Court further **ORDERS** that the trial setting and all other deadlines in the Scheduling Order (ECF No. 14) are hereby **VACATED**.

**SO ORDERED** on this **12th day** of **September 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE