**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES ADAMSON, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:23cv00099-P** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff James Adamson, Jr. and Defendant Lincoln Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated: September 28, 2023.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**AND**

MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd

Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940

By: /s/ Madison Tate Donaldson (w/permission)
Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
Email: marc@marcwhitehead.com
Madison Tate Donaldson
State Bar of Texas No. 24083158
Email: madison@marcwhitehead.com
J. Anthony Vessel
State Bar of Texas No. 24084019
Email: anthony@mrcwhiteheac.com
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
Email: britney@marcwhitehead.com
Selina Valdez
State Bar of Texas No. 24121872
Email: selina@marcwhitehead.com

*-and-*

By: /s/ Luke Radney (w/permission)
Luke Radney
Burt Barr & Associates, L.L.P.
Tex. Bar No. 24105812
203 East Colorao
Dallas, Texas 75203
Email: lradney@bbarr.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

Selina Valdez
Email: selina@marcwhitehead.com

September 28, 2023
Date

/s/ Iwana Rademaekers
Iwana Rademaekers