UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMES ADAMSON, JR.,**

Plaintiff,

v. **No. 4:23-cv-00099-P**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

Defendant.

# ORDER

The Court received notice on September 28, 2023, that the parties settled the instant dispute. ECF No. 19. The Court therefore **ORDERS** that the Parties shall file the appropriate joint stipulation of dismissal with prejudice **on or before October 27, 2023.**

**SO ORDERED** on this **2nd day of October 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE