UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMES ADAMSON, JR.,**

Plaintiff,

v. **No. 4:23-cv-00099-P**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

Defendant.

**ORDER**

The Parties represented to the Court that they had reached a settlement. ECF No. 19. On October 2, 2023, this Court ordered that the Parties shall file the appropriate joint stipulation of dismissal on or before October 27, 2023. ECF No. 20. As of the date of this Order, the Parties have not filed a stipulated judgment. Accordingly, the Parties are **ORDERED** to **SHOW CAUSE** in writing by **November 15, 2023,** as to the reason a stipulated judgment was not filed on or before October 27, 2023.

Alternatively, the Parties may obviate the need to show cause by filing a stipulated judgment **on or before November 15, 2023.**

**SO ORDERED** on this **9th day of November 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE