IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES ADAMSON, JR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 4:23-CV-099-P |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, James Adamson, hereby files this Response to the Court's Order to Show Cause dated November 9, 2023, and, for the reasons states herein, respectfully requests that the Court not dismiss this action:

1. The Parties filed a Notice of Settlement with the Court on September 28, 2023.
2. Thereafter the Court issued an Order to file appropriate joint stipulation of dismissal by October 2, 2023.
3. The Parties have not filed the joint stipulation of dismissal as requested because the Plaintiff has not yet signed the requisite release. Plaintiff has concerns over the taxability of the benefits and is consulting with an appropriate tax professional.

In light of the foregoing, Plaintiff respectfully requests that the Court grants the Parties an additional 30 days to sign the appropriate release and subsequently file the joint stipulation of dismissal.

Dated: Houston, Texas
November 14, 2023

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: __/s/ Madison Donaldson____

Madison Donaldson
Tex. Bar. No. 24084019
Fed. I.D. No. 1692384
madison@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
JAMES ADAMSON