UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMES ADAMSON, JR.,**

Plaintiff,

v. **No. 4:23-cv-00099-P**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

Defendant.

**ORDER**

On September 28, 2023, the Parties told the Court they had settled this case. ECF No. 19. As a result, the Court ordered the Parties to file formal dismissal papers. ECF No. 20. The Parties did not do so and are now requesting an extension to file the joint stipulation. ECF No. 22. But insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case. Accordingly, acting upon the Parties' prior representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**.

**SO ORDERED** on this **15th day of November 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE